AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
Southern  District of West Virginia

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>ANY AND ALL PROCEEDS ON DEPOSIT WITH<br>BRANCH BANKING & TRUST CONPANY, IN<br>THE NAMES OF SHIDA JAMIE AND/OR<br>SHARON JAMIE | )<br>)<br>)<br>)<br>)<br>)     Case No.  2:10-mj-00094 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the          Southern          District of          West Virginia          be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

Any and all proceeds on deposit with Branch Banking & Trust Company (BB&T) in the names of Shida Jamie and/or Sharon Jamie including but not limited to all proceeds on deposit in Account No. XXXXXXXXX3382.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   *Aug. 20, 2010*
                                                                                                                    *(not to exceed 14 days)*

X  in the daytime – 6:00 a.m. to 10:00 p.m.                 ❑ at any time in the day or night, as I find reasonable
                                                                                                cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ Mary E. Stanley, U.S. Magistrate Judge _____ .
                                                                                                *(name)*

❑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ❑ for _____ days *(not to exceed 30).*

                                                        ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:      *Aug. 6, 2010  1:47 pm*                    *Mary E. Stanley*
                                                                                                        *Judge's signature*

City and state:      _____ Charleston, WV _____          _____ Mary E. Stanley, U.S. Magistrate Judge _____
                                                                                                *Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:10-mj-00094 | Date and time warrant executed:<br>8/12/2010  2:30pm | Copy of warrant and inventory left with:<br>Jane M. King, BB&T |
| Inventory made in the presence of:<br>SA James F Lafferty II and Contract Forfeiture Investigator Dean Allen Loutts | | |
| Inventory of the property taken: | | |

One (1) BB&T official check, check number 5002536664, payable to the U.S. Marshals Service, in the amount of $13,458.50

FILED

AUG 17 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  8/16/10

_____
Executing officer's signature

FBI SA James F Lafferty II
Printed name and title